**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6652**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRADLEY DEAN BIDGOOD, a/k/a Brad,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-95-32-5-02-BR)

———————

Submitted: September 25, 2001      Decided: October 23, 2001

———————

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph H. Craven, James B. Craven, III, Durham, North Carolina, for Appellant. John Stuart Bruce, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bradley Dean Bidgood seeks to appeal the district court's order denying the government's motion to reduce his sentence under Fed. R. Crim. P. 35(b). We dismiss the appeal from the denial of the Rule 35(b) motion because the order is not reviewable. See United States v. Pridgen, 64 F.3d 147, 149-50 (4th Cir. 1995).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2